NUMBER 13-08-00255-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






MICHAEL REECE, Appellant,


v.



NCO PORTFOLIO MANAGEMENT, Appellee.





On appeal from the County Court at Law No. 3 


of Collin County, Texas.






MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 The parties to this appeal have filed an agreed motion to vacate the judgment of the
trial court and remand this matter to the trial court for further action consistent with the
agreement of the parties. See Tex. R. App. P. 42.1(a)(2)(A). 

 The Court, having considered the documents on file and the agreed motion to
vacate and remand, is of the opinion that the motion should be granted. See id. The
agreed motion is GRANTED. We set aside the trial court's judgment without regard to the
merits and remand the case to the trial court for rendition of judgment in accordance with
the agreement of the parties. See id.; Tex. R. App. P. 43.2(d). Costs will be taxed against
appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax
costs against the appellant."). 


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 29th day of May, 2008.